UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL A. JOHNSON,

                              Plaintiff,

        -against-

ARNELL SHIELD # 11125,
TRANSPORTATION OFFICER, ET AL.,

                              Defendants.

25cv8771 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 24, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge

v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith

when he seeks review of a nonfrivolous issue).

SO ORDERED.

  Dated:   March 24, 2026
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge